# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

January 29, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX  75702



Re:  Charles Christopher Lancaster
     v. Natrenia L. Hicks, et al.
     No. 14-8203
     (Your No. 12-13-00283-CV)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 15, 2014 and placed on the docket January 29, 2015 as No. 14-8203.

Sincerely,

Scott S. Harris, Clerk

by

Andrew Downs
Case Analyst